

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2014

No. 04-12-00821-CV

Nicole Iris **VATCHER**,
Appellant

v.

Thomas R. **VATCHER**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15189
Honorable John D. Gabriel, Judge Presiding

# O R D E R

The Appellant's Motion to Withdraw as Attorney is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court